**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6073**

---

LARRY DONNELL GAITHER,

Plaintiff - Appellant,

versus

NORTH CAROLINA PRISONER LEGAL SERVICES, INCOR-
PORATED; GERRY COLEMAN; J. PHILLIP GRIFFIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-95-1032-5-H)

---

Submitted: May 16, 1996          Decided: June 4, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Donnell Gaither, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gaither v. North Carolina Prisoner Legal Services, No. CA-95-1032-5-H (E.D.N.C. Dec. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED